# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LENIN DIAZ,** *Plaintiff*, v. **PROGRESSIVE ADVANCED INSURANCE COMPANY,** *Defendant*. | Case No. 5:19-cv-06052-JDW |

## ORDER

AND NOW, this 21st day of February, 2020, upon consideration of Defendant Progressive Advanced Insurance Company's Motion to Dismiss (ECF No. 3), and for the reasons set forth in the Court's accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**, and Counts II and III of the Complaint are **DISMISSED**.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.